473 A.2d 687

Hudson v. Youth Services, Appellant.

Argued March 6, 1984. Peter A. Dunn, for appellant; Diane M. Rice, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

The order of the court below is reversed, and the case is remanded for further proceedings consistent with Pa.R.C.P. 209. This court does not retain jurisdiction.

March 28, 1984.

473 A.2d 687

Commonwealth v. Hoover, Appellant.

Submitted February 29, 1984. Norman A. Levine, for appellant; Thomas W. Minett, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment of sentence reversed. Case remanded for resentencing. Jurisdiction relinquished.